UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

WILLIAM PATRICK FARRAND AKA
WILLIAM P. FARRAND

Debtor(s).

Chapter 13

Case No. 17-00489-SMT

## SUPPLEMENTAL DECLARATION IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, <u>DEBORAH POGUE</u>, declare under penalty of perjury as follows:

1. I am employed by CitiMortgage, Inc. as a Vice President - Document Control, and I have been appointed as a Document Control Officer of CitiBank N.A. Pursuant to an agreement, CitiMortgage, Inc., provides loan servicing for Citibank, N.A. ("Movant") and am authorized to sign this Supplemental Declaration on behalf of Movant. This Supplemental Declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. As part of my job responsibilities for CitiMortgage, Inc. and Citibank, N.A., I have personal knowledge of and am familiar with the types of records maintained by CitiMortgage, Inc. and Citibank, N.A. in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of CitiMortgage, Inc. and Citibank, N.A. that pertain to the Loan and extensions of credit given to Debtor(s) concerning the property securing such Loan.

3. The information in this Supplemental Declaration is taken from CitiMortgage, Inc.'s and Citibank, N.A.'s business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal

knowledge; (b) kept in the course of CitiMortgage, Inc.'s and Citibank, N.A.'s regularly conducted business activities; and (c) it is the regular practice of CitiMortgage, Inc. and Citibank, N.A. to make such records.

4. The Debtor(s) has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain Home Equity Line of Credit Deed of Trust referenced in the Motion (the "Home Equity Line of Credit Deed of Trust"), all obligations of the Debtor(s) under and with respect to the Note and the Home Equity Line of Credit Deed of Trust are secured by the property referenced in the Motion.

5. As of January 29, 2018, there are one or more defaults in paying Debtor(s) postpetition amounts due with respect to the Note.

6. As of January 29, 2018, the unpaid principal balance of the Note is $150,000.00.

7. The following chart sets forth those postpetition payments, due pursuant to the terms of the Note, that have been missed by the Debtor(s) as of January 29, 2018:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 1 | 09/09/2017 | 09/09/2017 | $625.00 | $477.74 | $1,102.74 | $1,102.74 |
| 1 | 10/09/2017 | 10/09/2017 | $625.00 | $477.74 | $1,102.74 | $1,102.74 |
| 1 | 11/09/2017 | 11/09/2017 | $625.00 | $462.32 | $1,087.32 | $1,087.32 |
| 1 | 12/09/2017 | 12/09/2017 | $625.00 | $477.74 | $1,102.74 | $1,102.74 |
| 1 | 01/09/2018 | 01/09/2018 | $625.00 | $462.32 | $1,087.32 | $1,087.32 |
| | | | | | Less postpetition partial payments: | ($ 11.27) |
| | | | | | Total: | $5,471.59 |

8. As of January 29, 2018, the total postpetition arrearage/delinquency is $5,471.59, consisting of (i) the foregoing total of missed postpetition payments in the amount of $5,471.59, plus (ii) the following postpetition fees:[1]

| Description | Amount |
|---|---|
| N/A | $ 0.00 |

9. Attached hereto as Exhibit 1 is a postpetition payment history.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of February, 2018, at Florence, KY (city, state).

By: /s/ Deborah Pogue

Name: DEBORAH POGUE

---

[1] The total of missed postpetition payments for this escrow loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, postpetition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, movant will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total postpetition arrearage/delinquency is qualified accordingly.

EXHIBIT "1"

| Account number : XXXX3671 | | | | BK filed on 08/29/17 | | Data Current as of 01/29/18 | |
|---|---|---|---|---|---|---|---|
| Name : WILLIAM P FARRANK | | | | | | | |
| Payment Due Date | Principal | Interest | Amount | Payment Recived | Amount | Applied to Cost | Applied to Post |
| 09/09/17 | $625.00 | $477.74 | $1,102.74 | Post BK we have not received any Payment from Debtor | | | |
| 10/09/17 | $625.00 | $477.74 | $1,102.74 | | | | |
| 11/09/17 | $625.00 | $462.32 | $1,087.32 | | | | |
| 12/09/17 | $625.00 | $477.74 | $1,102.74 | | | | |
| 01/09/18 | $625.00 | $462.32 | $1,087.32 | | | | |
| Total | $3,125.00 | $2,357.86 | $5,482.86 | | $0.00 | | |

| Payment Received | $0.00 |
|---|---|
| Contractual due date | 11/9/2017 |
| Post due date | 9/9/2017 |
| Principal balance | $160,000.00 |